FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 16, 2018

SEAN F. McAVOY, CLERK

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| JAMIL M.,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | No. 2:17-CV-00270-FVS<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION TO GRANT STIPULATED MOTION FOR REMAND<br><br>ECF Nos. 12, 15, 17 |

**BEFORE THE COURT** is the Report and Recommendation issued by Magistrate Judge Mary K. Dimke on July 27, 2018, ECF No. 17, recommending the parties' Stipulated Motion for Remand, ECF No. 15, be granted. No objection was filed. After review, the Court hereby adopts the Report and Recommendation in its entirety. Accordingly, **IT IS ORDERED:**

　　1.　　The Report and Recommendation, **ECF No. 17**, is **ADOPTED** in its entirety.

ORDER ADOPTING REPORT AND RECOMMENDATION ~ 1

2. The parties' Stipulated Motion for Remand, **ECF No. 15,** is **GRANTED**.

3. Plaintiff's Motion for Summary Judgment, **ECF No. 12,** is **DENIED as moot**.

4. An application for attorney fees may be filed by separate motion.

The District Court Executive is directed to file this Order and forward copies to the parties. Judgment shall be entered for Plaintiff and the file shall be **CLOSED**.

DATED August 16, 2018.

<u>s/*Fred Van Sickle*</u>
Fred Van Sickle
Senior United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION ~ 2